CATHERINE A. CONWAY, SBN 98366
  cconway@gibsondunn.com
JESSE A. CRIPPS, SBN 222285
  jcripps@gibsondunn.com
JUSTIN T. GOODWIN, SBN 278721
  jgoodwin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

Attorneys for Defendant
MICHAELS STORES, INC.

LAW OFFICES OF DAVID J. GALLO
DAVID GALLO, SBN 127722
12702 Via Cortina, Suite 500
Del Mar, California 92014
Telephone: (858) 509-3652

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| *In re*: MICHAELS STORES, INC., WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION | CASE NO. MDL 14-2531-GW (AGRx)<br><br>Hon. George H. Wu<br><br>**STIPULATION REGARDING DISCOVERY MATERIALS AND PROTECTIVE ORDER** |

This stipulation is hereby made and entered into by and between all Plaintiffs and Defendant Michaels Stores, Inc. ("Michaels") (Plaintiffs and Michaels, collectively the "Parties"), by and through their attorneys of record:

WHEREAS, in the related action styled *Rea, et al. v. Michaels Stores, Inc.*, Case No. 30-2011-00507932-CU-OE-CXC, the Superior Court of the State of California entered a Modified Order on Stipulation Regarding Confidential Discovery Material ("Protective Order") on April 17, 2012;

WHEREAS, the Parties agree to adopt said Protective Order, a true and correct copy of which is attached hereto as Exhibit A, to facilitate the exchange and use of documents and information in this case without unnecessarily involving the Court in the process;

WHEREAS, the Parties wish to utilize the written discovery, documents, information, and other discovery materials exchanged in *Rea, et al. v. Michaels Stores, Inc.*, Case Numbers 30-2011-00507932-CU-OE-CXC and SACV 13-455-GW-AGRx ("*Rea* Discovery Materials"), in order to promote efficiency and eliminate the cost of duplicative discovery;

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties hereto through their respective counsel that:

(1)   The Protective Order governs the exchange and use of documents and information in this case.

(2)   The Parties may utilize the *Rea* Discovery Materials in this case, subject to the Protective Order and the ordinary limitations of the Federal Rules of Evidence, to the same extent that such materials could be utilized had they been exchanged or produced through discovery in this case, except that the discovery conducted in the *Rea* action does not count toward the numerical limitations prescribed by the Federal Rules of Civil Procedure or the local rules of this Court.  This Stipulation does not constitute an admission by any Party as to the relevance or admissibility of any of the

1  *Rea* Discovery Materials.  This Stipulation is without prejudice to any Party's right to
2  object to, or seek protection from, a discovery request on appropriate grounds.
3  **IT IS SO STIPULATED.**
4
5  DATED: November 18, 2014            GIBSON, DUNN & CRUTCHER LLP
6
7                                      By: */s/ Justin T. Goodwin*
8                                              JUSTIN T. GOODWIN
9                                      Attorneys for Defendant
                                        MICHAELS STORES, INC.
10
11 DATED:  November 18, 2014           LAW OFFICES OF DAVID J. GALLO
12
13
14                                      By:  */s/ David Gallo*
                                                DAVID GALLO
15                                      Attorney for Plaintiffs
16
17
18
19
20
21
22
23
24
25
26
27
28