UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| *In re*: MICHAELS STORES, INC., WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION | CASE NO. MDL 14-2531-GW(AGRx) <br><br> Hon. George H. Wu <br><br> **ORDER REGARDING DISCOVERY MATERIALS AND PROTECTIVE ORDER** |

Having considered the Parties' Joint Stipulation Regarding Discovery Materials and Protective Order, and good cause appearing, the Court hereby **ORDERS** that:

(1) The Modified Order on Stipulation Regarding Confidential Discovery Material ("Protective Order") entered on April 17, 2012, by the Superior Court of the state of California in *Rea, et al. v. Michaels Stores, Inc.*, Case No. 30-2011-00507932-CU-OE-CXC, governs the exchange and use of documents and information in this case.

(2) The Parties may utilize the written discovery, documents, information, and other discovery materials exchanged in *Rea, et al. v. Michaels Stores, Inc.*, Case Numbers 30-2011-00507932-CU-OE-CXC and SACV 13-455-GW-AGRx ("*Rea* Discovery Materials") in this case, subject to the Protective Order and the ordinary limitations of the Federal Rules of Evidence, to the same extent that such materials could be utilized had they been exchanged or produced through discovery in this case, except that the discovery conducted in the *Rea* action does not count toward the numerical limitations prescribed by the Federal Rules of Civil Procedure or the local rules of this Court. This Order is without prejudice to any Party's right to object to, or seek protection from, a discovery request on appropriate grounds.

**IT IS SO ORDERED.**

Dated: November 20, 2014

*George H. Wu*
———————————————
Hon. George H. Wu
United States District Judge