# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re:* <br><br> MICHAELS STORES, INC., WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION <br><br> ──────────────────── <br><br> R. HERRERA, and <br> D. SEGUIN, <br><br>    Plaintiffs, <br><br> v. <br><br> MICHAELS STORES, INC., a Delaware corporation, <br><br>    Defendant. | MDL Number: <br> **MDL 14-2531-GW(AGRx)** <br><br><br> Case Number: <br><br> **CV 14-5031-GW(AGRx)** <br><br> **ORDER EFFECTING COURT'S DECISION TO REMAND CLAIM OF PLAINTIFF, P. MERRILL** <br><br> [*No hearing required*] <br><br> Judge:    HON. GEORGE H. WU |

    THE COURT, having determined that it lacks subject-matter jurisdiction over

**ORDER EFFECTING COURT'S DECISION TO REMAND CLAIM OF PLAINTIFF, P. MERRILL – PAGE 1**

the claims of Plaintiff, P. Merrill:

IT IS HEREBY ORDERED that the claims of Plaintiff, P. Merrill, shall be, and hereby are, REMANDED to the Superior Court of California for the County of Sacramento;

IT IS FURTHER ORDERED that the claims of the other Plaintiffs in this action are **not** remanded, and remain before this Court;

IT IS FURTHER ORDERED that the Clerk of this Court shall provide a copy of this Order to the Clerk of the Superior Court of California for the County of Sacramento, as follows:

Re: Case No: 34-2014-00163384-CU-OE-GDS

Court address:

**Civil Unit**
Superior Court of California for the County of Sacramento
Gordon D. Schaber Sacramento County Courthouse
720 Ninth Street, Room 102
Sacramento, California  95814

Dated: November 20, 2014

_____
HON. GEORGE H. WU, JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

[LA14ML02531GW-O.8.wpd]

**ORDER EFFECTING COURT'S DECISION TO REMAND CLAIM OF PLAINTIFF, P. MERRILL – PAGE 2**