DAVID J. GALLO *(California Bar No. 127722)*
**LAW OFFICES OF DAVID J. GALLO**
12702 VIA CORTINA, SUITE 500
DEL MAR, CALIFORNIA  92014
Telephone: (858) 509-3652
Facsimile: (858) 509-3717
E-mail: djgsan@aol.com

Attorneys for all Plaintiffs in all Cases

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>MICHAELS STORES, INC., WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION | MDL Number:<br><br>**14-ml-2531 GW (AGRx)**<br><br>**STIPULATION FOR DISMISSAL OF MULTIDISTRICT LITIGATION IN THE ENTIRETY, WITH PREJUDICE**<br>**[Fed.R.Civ.P. 41(a)(1)(A)(ii)]**<br><br>[*No hearing required*]<br><br>Judge:     HON. GEORGE H. WU |

**STIPULATION FOR DISMISSAL OF MULTIDISTRICT LITIGATION IN THE ENTIRETY, WITH PREJUDICE [Fed.R.Civ.P. 41(a)(1)(A)(ii)] – P. 1**

This Stipulation for Dismissal of Multidistrict Litigation in the Entirety, With Prejudice, is entered by and among all Plaintiffs in all actions within the scope of the above-captioned multidistrict litigation **(hereinafter collectively "Plaintiffs")** on the one hand, and Defendant, Michaels Stores, Inc. **(hereinafter "Michaels"),** on the other hand:

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), all Plaintiffs and Michaels hereby stipulate to the dismissal with prejudice of all of Plaintiffs' claims asserted in all actions within the scope of the above-captioned multidistrict litigation, which shall constitute the dismissal with prejudice of the above-captioned multidistrict litigation in its entirety.

All Plaintiffs and Michaels jointly request that the Court enter an order substantially in the form submitted herewith.

Dated: 14 December 2017          Respectfully submitted,

DAVID J. GALLO
**LAW OFFICES OF DAVID J. GALLO**
12702 VIA CORTINA, SUITE 500
DEL MAR, CALIFORNIA  92014-3769
Telephone: (858) 509-3652

/s/ David J. Gallo
By: David J. Gallo,
California Bar No. 127722
Attorneys for all Plaintiffs

MAX C. FISCHER
JENNIFER B. ZARGAROF
**SIDLEY AUSTIN, L.L.P.**
555 WEST FIFTH STREET
LOS ANGELES, CALIFORNIA 90013
Telephone: (213) 896-6000
Facsimile: (213)
E-mail: mfischer@sidley.com
E-mail: jzargarof@sidley.com

By:    /s/ Jennifer C. Zargarof
      Jennifer C. Zargarof
      California Bar No. 204382
      as Attorneys for Defendant,
      MICHAELS STORES, INC.

### **ATTESTATION OF SIGNATURE**

I, DAVID J. GALLO, hereby attest, pursuant to L.R. 5-4.3.4(a)(2)(i), that all other signatories listed hereon, and on whose behalf this filing is submitted, concur in this filing's content and have authorized the filing hereof.

      /s/ David J. Gallo
DAVID J. GALLO

[STIP for DISMISSAL.wpd]

**STIPULATION FOR DISMISSAL OF MULTIDISTRICT LITIGATION IN THE ENTIRETY, WITH PREJUDICE [Fed.R.Civ.P. 41(a)(1)(A)(ii)] – P. 3**

**CERTIFICATE OF ELECTRONIC SERVICE**

    I, DAVID J. GALLO, hereby certify that, upon electronic filing hereof, I have effected electronic service of the preceding document upon all parties who have appeared in the above-captioned civil action, in the manner authorized by L.R. 5-3.3.

                                      /s/ David J. Gallo
                                  DAVID J. GALLO

[STIP for DISMISSAL.wpd]

**STIPULATION FOR DISMISSAL OF MULTIDISTRICT LITIGATION IN THE ENTIRETY, WITH PREJUDICE [Fed.R.Civ.P. 41(a)(1)(A)(ii)] – P. 4**