JS - 6

CC: MDL PANEL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>MICHAELS STORES, INC., WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION | MDL Number:<br><br>**MDL 14-2531-GW(AGRx)**<br><br>**ORDER DISMISSING MULTIDISTRICT LITIGATION IN THE ENTIRETY, WITH PREJUDICE**<br><br>[*No hearing required*]<br><br>Judge: HON. GEORGE H. WU |

1   CAME ON to be considered the Stipulation for Dismissal of Multidistrict
2   Litigation in the Entirety, With Prejudice, entered by and among all Plaintiffs in all
3   actions within the scope of the above-captioned multidistrict litigation **(hereinafter**
4   **collectively "Plaintiffs")** on the one hand, and Defendant, Michaels Stores, Inc.
5   **(hereinafter "Michaels"),** on the other hand, and the Court has found that the relief
6   requested therein should be GRANTED.

   IT IS, THEREFORE, ORDERED, that all claims of all Plaintiffs in all actions within the scope of the above-captioned multidistrict litigation shall be, and hereby are, DISMISSED WITH PREJUDICE;

   IT IS FURTHER ORDERED, that the above-captioned multidistrict litigation is hereby DISMISSED WITH PREJUDICE and TERMINATED in the entirety;

   IT IS FURTHER ORDERED, that, except as may otherwise be agreed among the parties, each party shall bear its own costs and fees.

   Dated: December 20, 2017

   _____
   GEORGE H. WU, U.S. DISTRICT JUDGE

   [LA14ML02531GW-O JS-6.wpd]